UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :   INFORMATION
                                :
            - v. -              :   07 Cr.
                                :
DOROTHY HAUPT,                  :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x



**07 CRIM. 279**

## COUNT ONE

The United States Attorney charges:

1.   From in or about December 1995 through in or about June 2006, in the Southern District of New York and elsewhere, DOROTHY HAUPT, the defendant, unlawfully, willfully, and knowingly did embezzle, steal, purloin, and knowingly convert to her use and the use of another, and without authority, sell, convey, and dispose of any record, voucher, money, and thing of value of the United States and of any department or agency thereof, and any property made or being made under contract for the United States and any department or agency thereof, to wit, DOROTHY HAUPT, took approximately $110,112.00 in Social Security Retirement benefits that did not belong to her.

(Title 18, United States Code, Section 641.)

                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney