UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA, | : **07 CRIM. 279** |
| v. | : |
| | 07 Cr. |
| DOROTHY HAUPT, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DOROTHY HAUPT**, the above-named defendant, who is accused of violating Title 18, United States Code, Section 641, having been advised of the nature of the charge and of her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:   White Plains, New York
        April 11th, 2007

exh.
ct 1