UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITES STATES OF AMERICA            )           CONSENT TO PROCEED BEFORE
                                    )           A UNITED STATES MAGISTRATE
                                    )           JUDGE ON A FELONY PLEA
                                    )           ALLOCUTION
       -Against-                    )
                                    )           **07 CRIM. 279**
   *Dorothy Haupt*                  )
                                    )           DOCKET NO. _____
                                    )

------------------------------------

U.S. DISTRICT COURT FILED APR 11 2007 S.D. OF N.Y. W.P.

    The undersigned defendant, advised by his or her undersigned attorney, hereby, consents pursuant to the Standing Order of the Court dated May 2, 1994, that the proceedings required by Rule 11, Fed. R. of Cr. P. for me to enter a plea of guilty in my case, or to change my plea, if one has been previously been made, from a not guilty to guilty, shall be conducted before a United States Magistrate Judge subject to review and approval by the District Judge assigned or to be assigned to my case.

    I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

    IN WITNESS WHEREOF we have executed this consent this __11th__ day of __April__, 20__07__ at __SDNY__ _____ New York.

x _____          x _____
         Defendant                                     Attorney for Defendant

Accepted by: _____
                      United States Magistrate Judge

**MARK D. FOX**
United States Magistrate Judge
Southern District of New York

exh.
Cont 2