LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE

NEW YORK, NY 10022

www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
LARA SHALOV MEHRABAN
PEGGY M. CROSS
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
GLEN KOPP
KATHRYN MOORE MARTIN
KATIE M. LACHTER
NATHANIEL I. KOLODNY

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**BY FAX**

May 30, 2007

Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601
(914) 390-4178 (tel)
(914) 390-4179 (fax)

# MEMO ENDORSED

Re:     Dorothy Haupt, No. 7:07-cr-00279 (SCR)

Dear Judge Robinson:

I write to seek a modification of the bail conditions for Dorothy Haupt in the above-captioned case. Ms. Haupt seeks permission to travel from her home in Warwick, New York, to Hawley, Pennsylvania (which is about 35 to 40 miles away) for a one day trip between the dates of Monday, June, 4, 2007 through Friday, June 8, 2007. This trip is at the request of her employer. I have spoken with Ms. Nola Heller, the Assistant United States Attorney on this matter, and she has consented to the proposed modification to Ms. Haupt's bail conditions. In connection with a prior attempt to seek modification of Ms. Haupt's bail conditions in January of this year, Pre-Trial Services informed Ms. Haupt's lead attorney, Carolyn Barth Renzin, that they are not supervising Ms. Haupt due to her low risk status. As a result, I did not contact them directly in connection with this request.

Respectfully,

Lara Shalov Mehraban

cc:     Nola B. Heller (by e-mail)

SO ORDERED

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

6/11/07
nunc pro tunc 6/4/07

USDC
DOCUMENT
ELECTRO
DOC #:
DATE FILED: