LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
LARA SHALOV MEHRABAN
PEGGY M. CROSS
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
GLEN KOPP
KATHRYN MOORE MARTIN
KATIE M. LACHTER
NATHANIEL I. KOLODNY

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

## BY FAX

July 12, 2007

Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

# MEMO ENDORSED

Re:    Dorothy Haupt, No. 7:07-cr-00279 (SCR)

Dear Judge Robinson:

I write to seek a modification of the bail conditions for Dorothy Haupt in the above-referenced case. Ms. Haupt seeks permission to travel from her home in Warwick, New York, to Bucks County, Pennsylvania, for a one day trip between the dates of Monday July 23, 2007, and Friday July 27, 2007. This trip is at the request of her employer. In May, the Court granted Ms. Haupt permission to make a one-day, work-related trip to Pennsylvania. Ms. Haupt's employer changed her mind and that trip was not necessary.

I have spoken with Ms. Nola Heller, the Assistant United States Attorney on this matter, and she has consented to the proposed modification to Ms. Haupt's bail conditions. In connection with a prior attempt to seek modification of Ms. Haupt's bail conditions in January of this year, Pre-Trial Services informed Ms. Haupt's lead attorney, Carolyn Barth Renzin, that they are not supervising Ms. Haupt due to her low risk status. As a result, I did not contact them directly in connection with this request.

APPLICATION GRANTED
HON. STEPHEN C. ROBINSON
7/13/07

cc:    Nola B. Heller (by e-mail)

Respectfully Submitted,

Peggy M. Cross

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: